The People of the State of New York, 
against
Carlos Rodriguez, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Michael D. Stallman, J.), rendered October 25, 2015, upon a plea of guilty, convicting him of theft of services, and imposing sentence.




Per Curiam.
Judgment of conviction (Michael D. Stallman, J.), rendered October 25, 2015, reversed, on the law, accusatory instrument dismissed, and surcharge, if paid, remitted.
The record fails to support the conclusion that defendant's guilty plea was knowing, intelligent and voluntary, where the plea was entered at arraignment, the record, including the terse plea colloquy, is unclear as to whether defendant understood the nature of the charge to which he was pleading guilty, and there are no circumstances reflecting defendant's consultation with counsel. Given the relatively minor nature of the offense here charged, we dismiss the accusatory instrument in lieu of remanding the matter (see People v Burwell, 53 NY2d 849, 851 [1981]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 13, 2017